602

No. 208. SAME v. PRICE ET AL. October 10, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Blatchford Downing, Dayton Moses,* and *Ogden K. Shannon* for petioners in No. 37 and respondents in No. 206. *Mr. R. E. Taylor* for petitioners in Nos. 38 and 39 and respondents in Nos. 207 and 208. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States. Reported below: 95 F. 2d 684, 694, 687.

No. 40. WABASH RAILWAY CO. v. BRIDAL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Homer Hall* for petitioner. No appearance for respondent.

No. 41. KRUPP NIROSTA CO. ET AL. v. COE, COMMISSIONER OF PATENTS. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Fritz v. Briesen* for petitioners. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. R. F. Whitehead* and *Paul P. Stoutenburgh* for respondent.

No. 42. AMERICAN TOBACCO CO. v. BOWERS, EXECUTOR. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Robert H. Montgomery, Thomas G. Haight, J. Marvin Haynes,* and *James O. Wynn* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.